# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

LISA JEAN ISHAM,                                            Civil No. 13-2377 (JRT/SER)

       Plaintiff,

v.                                                                **ORDER**

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

       Defendant.

---

      Lionel H. Peabody, Esq., **PEABODY LAW OFFICE,** PO Box 10, Duluth, Minnesota 55801, for Plaintiff.

      Pamela Marentette, Esq., **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steve E. Rau, dated January 30, 2015 [Docket No. 32]. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

      1.     Isham's Motion for Summary Judgment [Doc. No. 20] is **GRANTED in part** and **DENIED in part**. The Motion is **GRANTED** as to remand; and **DENIED** to the extent Isham seeks reversal for an award of benefits;

      2.     The case is **REMANDED** to the Commissioner for further proceedings consistent with this Report and Recommendation, in accordance with sentence four of 42

      U.S.C. § 405(g); and

    3.    The Commissioner's Motion for Summary Judgment [Doc. No. 28] is **DENIED**.

Dated: February 17, 2015  
at Minneapolis, Minnesota                              s/John R. Tunheim  
                                                         JOHN R. TUNHEIM  
                                                         U.S. District Judge