**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

LISA JEAN ISHAM,  Civil No. 13-2377 (JRT/SER)

      Plaintiff,

v.  **ORDER**

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

      Defendant.

---

      Lionel H. Peabody, Esq., **PEABODY LAW OFFICE,** PO Box 10, Duluth, Minnesota 55801, for Plaintiff.

      Pamela Marentette, Esq., **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steve E. Rau, dated July 8, 2015 [Docket No. 45]. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

      1.    The Application for Attorney's Fees Under the Equal Access to Justice Act [Doc. No. 37] is **GRANTED**;

2. Plaintiff Lisa Jean Isham ("Isham") is awarded attorney fees in the amount of $6,273.00, subject to offset by any preexisting debt that she owes to the United States; and

3. Pursuant to the assignment of EAJA fees from Isham to her attorney, Lionel H. Peabody, the Commissioner is directed to pay the above-awarded fees, minus any applicable offset, directly to Lionel H. Peabody, PO Box 10, Duluth, MN 55801-0010.

Dated: July 15, 2015
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
U.S. District Court